BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
 Social Security Administration
 333 Market St., Suite 1500
 San Francisco, CA  94105
 Telephone: (415) 977-8939
 Facsimile: (415) 744-0134
 Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC PAUL NEUMANN,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Civil No. 2:14-cv-02190-KJM-CMK<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because he will be out on vacation in Taiwan from February 26 through March 14, and has a very heavy workload despite due diligence in maintaining his calendar.

Stip. to Extend Def.'s MSJ

1

1          The new due date for Defendant's motion for summary judgment will be Friday, March

2    27, 2015.

3

4                                    Respectfully submitted,

5    Date:  *February 25, 2015*          LIPTON & LIPTON

6                             By:   */s/ Mark Hanley Lipton*_____

7                                 MARK HANLEY LIPTON
                                  *\* By email authorization on Feb. 25, 2015*

8                                 Attorney for Plaintiff

9    Date:  *February 25, 2015*          BENJAMIN B. WAGNER
                                  United States Attorney

10

11                            By:   */s/ Jeffrey Chen*_____
                                  JEFFREY CHEN

12                                Special Assistant United States Attorney

13                                Attorneys for Defendant

14

15

16

17                                ORDER

18

19   APPROVED AND SO ORDERED:

20

21   Dated:  February 27, 2015

22   CRAIG M. KELLISON
     UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28   Stip. to Extend Def.'s MSJ

                                   2