BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone:  (415) 977-8928
        Facsimile:  (415) 744-0134
        E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SASCRAMENTO DIVISION

| | |
|---|---|
| ERIC PAUL NEUMANN,<br><br>        Plaintiff,<br><br>        vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 2:14-cv-02190-CMK<br><br>STIPULATION AND PROPOSED<br>ORDER FOR SECOND EXTENSION<br>OF TIME FOR DEFENDANT TO FILE<br>HER OPPOSITION TO PLAINTIFF'S<br>OPENING BRIEF |

        IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the

approval of the Court, that Defendant shall have a ten day extension, from March 27, 2015 to April 6,

2015,  in which to file her Opposition to Plaintiff's Opening Brief.

        This is Defendant's second request for an extension.  This request is the result of a heavy

briefing schedule for counsel responsible for briefing this matter and because, due to overall workload

demands in the office, this case was transferred to counsel four days ago.  Counsel has worked diligently

on her caseload since being assigned this case, but finds that she needs additional time to properly

address the issues raised.

Stip for EOT, 2:14-cv-02190-CMK                    1

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: March 27, 2015        By: */s/ Marla K. Letellier*
                             MARLA K. LETELLIER
                             Special Assistant United States Attorney
                             Attorneys for Defendant

                             LIPTON & LIPTON

Dated: March 27, 2015        By: */s/ Mark H. Lipton*
                             MARK H. LIPTON
                             Attorney for Plaintiff
                             (as approved by email on March 26, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  April 1, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 2:14-cv-02190-CMK            2