BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SASCRAMENTO DIVISION

| | |
|---|---|
| ERIC PAUL NEUMANN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:14-cv-02190-CMK<br><br>STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 21 day extension, from April 6, 2015 to April 27, 2015,  in which to file her Opposition to Plaintiff's Opening Brief.

    This is Defendant's third request for an extension, and is made for the sole purpose of providing Defendant with additional time to pursue potential settlement or potentially voluntary remand of this matter.  Counsel apologizes for any inconvenience, but sincerely believes that the additional time may be productive in disposing of this case.

Stip for EOT, 2:14-cv-02190-CMK            1

This request is not meant to cause intentional delay.

Respectfully submitted,

        BENJAMIN WAGNER
        United States Attorney

Dated: April 6, 2015    By: /s/ *Marla K. Letellier*
        MARLA K. LETELLIER
        Special Assistant United States Attorney
        Attorneys for Defendant

        LIPTON & LIPTON

Dated: April 6, 2015    By: /s/ *Mark H. Lipton*
        MARK H. LIPTON
        Attorney for Plaintiff
        (as approved by email on April 6, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: April 9, 2015

        CRAIG M. KELLISON
        UNITED STATES MAGISTRATE JUDGE